# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| :--- | :---: | :--- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Ronnie Ray Taylor, | ) | Case No. 4:15-cr-122 |
| Defendant. | ) | |

Per the request of the pretrial services office, the court strikes the condition of defendant's release requiring him comply with a curfew. All other conditions of release imposed upon defendant by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court